DUPLICATE ORIGINAL                                    *Original*

FINDING RE PROBABLE CAUSE

09-1339M

FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ [name] _____ DEPUTY

On _June 28, 2009_ , at _8:00 p.m._ , Agent Alexander *[name]*
[date]                    [time]

of the United States Immigration and Customs Enforcement appeared before me regarding

the probable cause arrest of defendants OMAR BURGOS-HERNADEZ,aka JUAN DIEGO-

ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ,aka JORGE RENE  CASTILLO-

LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ, and JOSE LUIS

HERNANDEZ occurring on June 28, 2009, at 1:00 a.m., at La Verne, California .

Having reviewed the agent's statement of probable cause, a copy of

which is attached hereto, the Court finds that there **exists/does not exist**

probable cause to arrest the defendants for a violation of Title 8, United

States Code, Section 1324(a)(1)(A)(iii), Harboring IllegalAliens.

/ X / It is ordered that defendants OMAR BURGOS-HERNADEZ,aka JUAN

DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ,aka JORGE RENE

CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ, and JOSE

LUIS HERNANDEZ be held to answer for proceedings under Federal Rule of

Criminal Procedure 5 / 40 on _June 29, 2009_ .
[date]

/_____/ It is ordered that defendants OMAR BURGOS-HERNADEZ,aka JUAN

DIEGO-ZACARIAS, PEDRO CRUZ-PEDRO, GASPAR FELIPE-GOMEZ,aka JORGE RENE

<u>CASTILLO-LOPEZ, BAIRON LUIS ANGEL-BELTRAN, CARLOS HERNANDEZ-LOPEZ, and JOSE</u>

<u>LUIS HERNANDEZ</u> be discharged from custody on this charge forthwith.

DATED: _June 28, 2009_, at _8:00_ a.m./p.m.

CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE